IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| Gulf Oil Marine, Ltd., | § | |
| --- | --- | --- |
| | § | CIVIL ACTION NO.: 20-609-UNA |
| Plaintiff, | § | |
| | § | IN ADMIRALTY, Rule 9(h) |
| vs. | § | |
| | § | |
| Angeles Ltd., et al., | § | |
| | § | |
| Defendant and Garnishee. | § | |

## ORDER OF APPOINTMENT OF
## <u>SUBSTITUTE CUSTODIAN</u>

This matter is before the Court upon the Motion of the Plaintiff for an Order authorizing the appointment of the Master of the M/V ANGELES, which is the subject of this admiralty action, as substitute custodian of the M/V ANGELES. The Court having reviewed the Motion for Appointment of Substitute Custodian, and it appearing to the Court that the proposed replacement custodian is an acceptable replacement custodian for the U.S. Marshal, it is therefore,

**ORDERED** that the Master of the M/V ANGELES is hereby authorized to replace the U.S. Marshal as custodian of the subject Vessel while she is under arrest, to act as the Substitute Custodian of the subject Vessel, to permit movement of said Vessel within the District of Delaware, and to permit cargo operations to occur on said Vessel anywhere within the District of Delaware.

DONE AND ORDERED this __5__ day of May, 2020.

                                              /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE