IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Gulf Oil Marine, Ltd., § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> Angeles Ltd., et al., § <br> § <br> Defendant and Garnishee. § | CIVIL ACTION NO.: 20-609-UNA <br><br> IN ADMIRALTY, Rule 9(h) |

**ORDER**

Upon the Motion of Plaintiff for the appointment of Timothy Jay Houseal or his designate as Representative to serve the Writ of Maritime Attachment issued by this Court in place of the United States Marshal in this case, and good cause appearing therefore, it is hereby

ORDERED that Plaintiff's Motion is granted, and that Timothy J. Houseal or his designate is appointed to serve as Representative to serve the Writ of Maritime Attachment on the Garnishee, Master of the M/V ANGELES ("Vessel") in place of the U.S. Marshal for the District of Delaware, and it is further

ORDERED that such service may be made directly on the Master of the Vessel, Garnishee, or considering present COVID-19 restrictions, to the Master of the Vessel c/o Biehl & Co., the Vessel's local husbanding agent:

    7900 Radcliffe Street, Building 205, Suite 4
    Bristol, PA 19007
    Phone : 302.594.9700 (24 hrs)
    Fax    : 302.594.9705
    Email : Ops.Delaware@Biehlco.com

ORDERED that Timothy Jay Houseal or his designate shall report the results of the arrest to the U.S. Marshal for the District of Delaware and cause to be filed a return of service with this Court following service of the Warrant of Arrest.

26460769.1

2

DONE AND ORDERED this __5__ day of May, 2020.

                                        /s/ Richard G. Andrews
                                      UNITED STATES DISTRICT JUDGE